# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 18, 2018

## NO. 03-17-00552-CV

**Appellants, Dentistry of Brownsville, PC; KS2 TX, PC; Summit Dental Center, LP; and Harlingen Family Dentistry// Cross-Appellants, Texas Health and Human Services Commission; Charles Smith, Executive Commissioner; and Suja Pillai, M.D.**

**v.**

**Appellees, Texas Health and Human Services Commission; Charles Smith, Executive Commissioner; and Suja Pillai, M.D.// Cross-Appellee, Harlingen Family Dentistry**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, BOURLAND, AND TOTH
AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on June 15, 2017. Having reviewed the record and the parties' arguments, the Court holds that the trial court erred in denying Texas Health and Human Services Commission's (HHSC) plea to the jurisdiction as to Harlingen Family Dentistry's claims, reverse the trial court's summary judgment as to Harlingen's claims, and render judgment granting HHSC's plea to the jurisdiction as to all of Harlingen's claims and dismissing those claims with prejudice. We affirm the trial court's judgment in all other respects. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.